IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK MCKAY, | No. 4:21-CV-1053 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT HARRY and JOHN E. WETZEL, | |
| Defendants. | |

# ORDER

**AND NOW**, this 5th day of October 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Plaintiff's amended complaint, Doc. 10, is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

2. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge